Dismissed and Memorandum Opinion filed January 12, 2006









Dismissed and Memorandum Opinion filed January 12,
2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00465-CR

____________

 

EX PARTE VICTOR ALFONSO NORDIN

 

 



 

On Appeal from the
174th District Court

Harris County, Texas

Trial Court Cause No.
1021601

 



 

M E M O R A N D U M   O P I N I O N

A written request to withdraw this appeal from the denial of
a writ of habeas corpus, personally signed by appellant, has been filed with
this Court.  See Tex. R. App. P. 42.2.  Because this Court has not delivered an
opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the mandate of the Court immediately.

PER CURIAM

Judgment rendered
and Memorandum Opinion filed January 12, 2006.

Panel consists of
Justices Fowler, Edelman, and Guzman.

Do not publish C Tex.
R. App. P. 47.2(b).